Woodrow CURRY, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 00–7180.

United States Court of Appeals, Federal Circuit.

Aug. 7, 2003.

ON MOTION

*ORDER*

Upon consideration of Woodrow Curry's unopposed motion to dismiss 00–7180,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.

DIMENSIONS HEALTHCARE SYSTEM, INC., Appellant,

v.

NIGHTTIME PEDIATRICS, INC., Appellee.

No. 03–1150.

United States Court of Appeals, Federal Circuit.

Aug. 8, 2003.

Before LOURIE, RADER, and BRYSON, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.